# First District Court of Appeal
## State of Florida

_____

No. 1D17-3408

_____

ROSS D. EMERY,

   Appellant,

   v.

TYCO INTEGRATED SECURITY,
LLC and SEDGWICK CMS,

   Appellees.

_____

On appeal from an order of the Judge of Compensation Claims.
Geraldine B. Hogan, Judge.

Date of Accident:  July 5, 2016.

March 9, 2018

PER CURIAM.

   AFFIRMED.

WOLF, BILBREY, and KELSEY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Bill McCabe, Longwood, and Julia Farkas, Port St. Lucie, for
Appellant.

Kimberly J. Fernandes of Kelley Kronenberg, P.A., Tallahassee,
for Appellees.